AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

CAROL POTTINGER

*Plaintiff(s)*

v.

THE CITY OF NEW YORK; THE NEW YORK CITY POLICE DEPARTMENT; NYPD P.O. "JOHN DOE #1"

*Defendant(s)*

Civil Action No.   1:16-cv-05243-NGG-CLP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  The City of New York;
The New York City Police Department
NYPD P.O. "John Doe #1
C/O New york City Corporaiton Counsel
100 Church Street
New York, New York 10007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

MALDONADO & CRUZ, PLLC.
181 EAST 161ST STREET-LOBBY SUITE
BRONX, NY 10451
ATTENTION: ANGEL CRUZ ESQ (AC0790)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*



Date:  October 11, 2016

s/Tiffeny Lee
*Signature of Clerk or Deputy Clerk*